IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mendocino-Lake Community College District, | |
| Plaintiff, | No. C 06-00840 JSW |
| v. | |
| Westchester Surplus Lines Insurance Company, | **ORDER** |
| Defendant. / | |

The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to meet and confer regarding reassignment and to file, on or before March 31, 2006, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated:  March 21, 2006

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE