IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Mendocino-Lake Community College District,

    Plaintiff,

v.

Westchester Surplus Lines Insurance Company,

    Defendant.

                                                  /

No. C 06-00840 JSW

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

      Defendant's motion to dismiss Plaintiff's third cause of action for negligence filed on February 13, 2006, being unopposed, is GRANTED. The hearing date set for April 7, 2006 at 9:00 a.m. is HEREBY VACATED. Plaintiff shall file an amended complaint by no later than March 31, 2006.

      **IT IS SO ORDERED.**

Dated: March 22, 2006

                                                  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE