TIMOTHY W. KENNA, ESQ. (SBN 064280)
GILBERT, KELLY, CROWETT & JENNETT
1055 WEST 7TH STREET, SUITE 2000
LOS ANGELES, CA 90017-2577
(213) 580-7000
(213) 580-7100 (FAX

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT | CASE NUMBER: C 06-00840 JSW |
| v. Plaintiff(s) | |
| WESTCHESTER SURPLUS LINES INSURANCE CO., aka ACE WESTCHESTER SPECIALTY GROUP, DOES 1 through 50 Defendant(s) | SUBSTITUTION OF ATTORNEY |

MENDOCINO-LAKE COMMUNITY COLLEGE DIST. [X] Plaintiff [ ] Defendant [ ] Other _____
    Name of Party

hereby substitutes GILBERT, KELLY, CROWLEY & JENNETT, LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   1055 W. 7th Street, Suite 2000
                                                                          Street Address

Los Angeles, CA 90017-2577   (213) 580-7000   (213) 580-7100   064280
    City, State, Zip Code        Telephone Number   Facsimile Number   State Bar Number

as attorney of record in the place and stead of SCHOOL & COLLEGE LEGAL SERVICES OF CALIFORNIA
                                                 Present Attorney

Dated: MAY 30, 2006

                                     Signature of Party
                                     MENDOCINO-LAKE COMMUNITY COLLEGE DIST.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: MAY 30, 2006
                                     Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: MAY 30, 2006
                                     Signature of New Attorney
                                     TIMOTHY W. KENNA

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: _____
                                     United States District Judge / ~~Magistrate~~ Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                  COD-G1