1  GILBERT, KELLY, CROWLEY & JENNETT LLP
   TIMOTHY W. KENNA, P.C., Bar No. 64280
2  KAREN E. JUNG, Bar No. 217124
   1055 West Seventh Street, Suite 2000
3  Los Angeles, California 90017-2577
   Telephone: (213) 580-7000    Facsimile: (213) 580-7100
4  E-mails: t.kenna@gilbertkelly.com; kej@gilbertkelly.com

5  Attorneys for Plaintiff MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT

6  MICHAEL C. PHILLIPS, APC, Bar No. 48473
   D. DAMON WILLENS, Bar No. 137273
7  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street, 31st Floor
8  Los Angeles, California 90071-2901
   Telephone: (213) 688-0080    Facsimile: (213) 622-7594
9  E-mails: mcp@amclaw.com; ddw@amclaw.com

10 Attorneys for Defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY

11 SHERYL W. LEICHENGER, Bar No. 161688
   JAMES R. TENERO, Bar No. 201023
12 SELMAN BREITMAN LLP
   33 New Montgomery, 6th Floor
13 San Francisco, California 94105
   Telephone: (415) 979-0400    Facsimile: (415) 979-2099
14 E-mails: sleichenger@selmanbreitman.com; jtenero@selmanbreitman.com

15 Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY
   (Erroneously Sued Herein as Zurich American Insurance Company of Illinois)
16

17            **UNITED STATES DISTRICT COURT**

18   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

19

20 MENDOCINO-LAKE COMMUNITY              ) Lead Case No. C. 06-0839 JSW
   COLLEGE DISTRICT, a public entity,    ) Related Case No. C 06-0840 JSW
21                                        )
              Plaintiff,                  ) **STIPULATION TO REMAND THIS**
22                                        ) **CASE BACK TO STATE COURT**
          v.                              )  AND ORDER THEREON
23                                        )
   WESTCHESTER SURPLUS LINES             )
24 INSURANCE COMPANY, a corporation; DOES )
   1 through 50, inclusive,               )
25                                        )
              Defendants.                 )
26 _____)

27 ///

28 ///

STIPULATION FOR REMAND

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

1353289.1  56286-00001 TWK

1      IT IS HEREBY STIPULATED by the parties herein, by and through their respective

2 counsel, that the above-entitled matter be remanded back to state court.

3      IT IS FURTHER STIPULATED that, in agreeing to the remand, Defendant Zurich

4 American Insurance Company in no way agrees that the operative complaint states a claim as

5 against it, and reserves and in no way waives the right to file a demurrer to such complaint within

6 30 days of this Court issuing the notice of remand.

7

8 Dated: July 2, 2006              GILBERT, KELLY, CROWLEY & JENNETT LLP

9

10                            By: _____
                              Timothy W. Kenna, a Professional Corporation

11                               Karen E. Jung
                              Attorneys for Plaintiff MENDOCINO-LAKE

12                               COMMUNITY COLLEGE DISTRICT

13 Dated: July ___, 2006             ANDERSON, McPHARLIN & CONNERS LLP

14

15                               By: _____

16                               Michael C. Phillips, APC
                              D. Damon Willens

17                               Attorneys for Defendant WESTCHESTER SURPLUS
                              LINES INSURANCE COMPANY

18 Dated: July 27, 2006              SELMAN BREITMAN LLP

19

20                               By: _____

21                               Sheryl W. Leichenger
                              James R. Tenero

22                               Attorneys for Defendant ZURICH AMERICAN
                              INSURANCE COMPANY (Erroneously Sued Herein

23                               as Zurich American Insurance Company of Illinois)

24

25     PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: July 28, 2006

27                               By: _____
                              Judge Jeffrey S. White

28

-2-
STIPULATION FOR REMAND

1353289.1  56286-00001